UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,

    Plaintiffs,

-against-

DORCAS HODGES,

    Defendant.

Civil Action No.: 05CV1530 (DGT)(RML)

Filed Electronically

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18, 2005 ★

P.M. _____
TIME A.M. _____

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Seventy-Five Dollars ($375.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

1

- "You Are Everything," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402);

- "Joy and Pain," on album "Joy and Pain," by artist "Maze" (SR# 20-598);

- "Slow Down," on album "Zagora," by artist "Loose Ends" (SR# 77-925);

- "Please Don't Go," on album "Cooleyhighharmony," by artist "Boyz II Men" (SR# 212-333);

- "All That I Can Say," on album "Mary," by artist "Mary J. Blige" (SR# 268-503);

- "Make It Last Forever," on album "Make It Last Forever," by artist "Keith Sweat" (SR# 86-761);

- "All My Life," on album "Love Always," by artist "K-Ci & Jojo" (SR# 238-754);

- "Reminisce," on album "What's The 411?," by artist "Mary J. Blige" (SR# 149-212);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: July 16, 2005                    By: s/David G. Trager
                                            Hon. David G. Trager
                                            United States District Judge